IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| BRANDYWINE COMMUNICATIONS TECHNOLOGIES, LLC<br><br>      Plaintiff,<br><br>   v.<br><br>NOKIA CORP. AND NOKIA INC.,<br><br>      Defendant. | Civil Action No. 6:12-CV-00266-CEH-DAB |

## JOINT MOTION TO DISMISS

WHEREAS, Plaintiff Brandywine Communications Technologies, LLC ("Brandywine") and Defendants Nokia Corporation and Nokia Inc. (collectively, "Nokia") have settled Brandywine's claims for relief against Nokia asserted in this case.

NOW, THEREFORE, Brandywine and Nokia, through their attorneys of record, request this Court to dismiss Brandywine's claims for relief against Nokia, with prejudice and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

January 3, 2013                                    Respectfully submitted,

*/s/ Brian H. VanderZanden*
Brian H. VanderZanden (*pro hac vice*)
Email: bvanderzanden@farneydaniels.com
Farney Daniels P.C.
800 S. Austin Ave., Suite 200
Georgetown, TX 78626
Telephone: (512) 582-2831
Facsimile: (512) 582-2829

Christopher T. Hill (FL Bar No. 0868371)
Email: chill@hrkmlaw.com
Steven R. Main (FL Bar No. 0144551)
Email: smain@hrkmlaw.com
HILL, RUGH, KELLER & MAIN, P.L.
390 N Orange Avenue, Suite 1610
Orlando, FL  32801
Telephone: (407) 926-7460
Facsimile: (407) 926-7461

**ATTORNEYS FOR PLAINTIFF BRANDYWINE COMMUNICATIONS TECHNOLOGIES, LLC**

*/s/ Robert F. Perry*
Robert F. Perry (*pro hac vice*)
Email: rperry@kslaw.com
Allison H. Altersohn (*pro hac vice*)
Email: aaltersohn@kslaw.com
Christopher C. Carnaval (*pro hac vice*)
Email: ccarnaval@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

Michael W. O. Holihan
Florida Bar No. 0782165
Email: michael.holihan@holihanlaw.com
Hailey Peterson
Florida Bar No. 0060026
Email: hailey.peterson@holihanlaw.com
HOLIHAN LAW
1101 North Lake Destiny Road, Suite 275
Maitland, Florida 32751
Telephone: 407-660-8575
Facsimile: 407-660-0510

**ATTORNEYS FOR DEFENDANTS NOKIA CORP. AND NOKIA INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Brian H. VanderZanden*
Brian H. VanderZanden